Certificate Number: 01267-ILN-DE-009558016

Bankruptcy Case Number: 09-39858

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 11, 2010, at 8:46 o'clock PM CST,

Kevin M Tierney completed a course on personal financial

management given by internet by

Money Management International, Inc.

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois.

Date: January 11, 2010    By    /s/Jorge Herrera

Name    Jorge Herrera

Title    Counselor

Certificate Number: 01267-ILN-DE-009558015

Bankruptcy Case Number: 09-39858

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 11, 2010, at 8:46 o'clock PM CST

Susan M Tierney completed a course on personal financial

management given by internet by

Money Management International, Inc

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois.

Date: January 11, 2010        By    /s/Jorge Herrera

                              Name  Jorge Herrera

                              Title Counselor